

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2023 MAR 10 P 1:26

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**FELONY**

### INDICTMENT FOR THEFT OF GOVERNMENT FUNDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-00048** |
| v. | * | SECTION: **SECT. H MAG. 1** |
| ALINE JAMES<br>a/k/a "Aline Foster" | * | VIOLATION: 18 U.S.C. § 641 |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1

Beginning in or around September 2012, and continuing until in or around December 2020, in the Eastern District of Louisiana and elsewhere, the defendant, **ALINE JAMES a/k/a "Aline Foster,"** did willfully and knowingly embezzle, steal, purloin, and convert to her use, money belonging to the United States and departments and agencies thereof, namely, the Social Security Administration and the Department of Treasury, to which she knew she was not entitled, when she utilized approximately $88,298.00 in Social Security Administration Disability Insurance Benefit ("DIB") funds and Coronavirus Aid, Relief, and Economic Security Act ("CARES ACT") funds, in violation of Title 18, United States Code, Section 641.

___Fee USA___
___Process_____
_X_ Dktd_____
___CtRmDep_____
___Doc.No._____

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **ALINE JAMES a/k/a "Aline Foster,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

MARIA M. CARBONI
Assistant United States Attorney

New Orleans, Louisiana
March 10, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_   _District of_   _Louisiana_

_Criminal_   _Division_

## THE UNITED STATES OF AMERICA

vs.

**ALINE JAMES**
a/k/a "Aline Foster"

## INDICTMENT FOR THEFT OF GOVERNMENT FUNDS

**VIOLATIONS:**   18 U.S.C. § 641

_Filed in open court this _____ day of _____ A.D. 2023._

_____
_Clerk_

Bail, $ _____

_/s/ Maria Carboni_
**MARIA M. CARBONI**
Assistant United States Attorney